DAYS IMPEX LIMITED, Appellant, v DOHA BANK, Defendant and Third-Party Plaintiff-Respondent. BANK OF AMERICA et al., Third-Party Defendants-Respondents.

Submitted November 20, 2006; decided February 13, 2007

852

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge JONES taking no part.